# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0861. MARIO BRUNDIDGE v. THE STATE.**

In 2006, Mario Brundidge pled guilty to multiple counts of armed robbery and numerous related offenses and was sentenced to a lengthy prison term. In May 2019, Brundidge filed a motion to vacate a void sentence, in which he raised several challenges to the legality of his sentence. The trial court denied the motion in an order entered on October 16, 2019, and Brundidge filed a notice of appeal on January 27, 2020. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Brundidge's notice of appeal was untimely filed more than three months after entry of the order he seeks to appeal. Consequently – and pretermitting whether the trial court's order would otherwise be directly appealable – this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen